Pro Se 15 2016

Receipt # = 700002893    $402 PAID

___ FILED    ___ ENTERED
___ LODGED    ___ RECEIVED

SEP 1 1 2023    **CR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Joe Francis

Taquawn Francis-Key

Tyrone Francis

Plaintiff(s),

v.

Washington State Ferries,

+13 Washington State Ferry Employees,

Defendant(s).

CASE NO. 2:23-CV-01410-KKE
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ■ Yes  ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Joe Francis, see attached page 2 |
| Street Address | 5316 N Shirley Street |
| City and County | Ruston, Pierce County |
| State and Zip Code | WA 98407 |
| Telephone Number | 253-732-6532 |

Joe Francis [signature] 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

## I.   THE PARTIES TO THIS COMPLAINT

**PLAINTIFF(s)**

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Joe Francis of 5316 N Shirley Street in Ruston Washington has been appointed by his brother Taquawn Francis-Key to act as Taquawn's Attorney-in-fact.

Joe Francis of 5316 N Shirley Street in Ruston Washington has been appointed by his brother Tyrone Francis to act as Tyrone's Attorney-in-fact.

1.   Joe Francis
     5316 N Shirley Street
     Ruston, Pierce County
     WA 98407
     253-732-6532
     joettown@gmail.com

2.   Taquawn Francis-Key
     5316 N Shirley Street
     Ruston, Pierce County
     WA 98407
     253-732-6532
     joettown@gmail.com

3.   Tyrone Francis
     5316 N Shirley Street
     Ruston, Pierce County
     WA 98407
     253-732-6532
     joettown@gmail.com

Joe Francis [signature] 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

*Pro Se 15 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Washington State Ferries, |
| Job or Title *(if known)* | WSF WSDOT, Agency of the State of Washington. |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Timothy McCollum |
| Job or Title *(if known)* | WSF Oiler |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | Mireya Mendoza |
| Job or Title *(if known)* | WSF Human Resources |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

oe Francis ⟨signature⟩ 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

B.    Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No.  4.

| | |
|---|---|
| Name | Kim Monroe |
| Job or Title *(if known)* | WSF Human Resources |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Defendant No.  5.

| | |
|---|---|
| Name | Wesley Sweet |
| Job or Title *(if known)* | WSF Port Engineer |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Defendant No.  6.

| | |
|---|---|
| Name | Matt Von Ruden |
| Job or Title *(if known)* | WSF Director of Vessel Engineering |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Joe Francis [signature] 04-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 7.

| | |
|---|---|
| Name | **Jeff Pelton** |
| Job or Title *(if known)* | **WSF WSDOT Human Resources** |
| Street Address | **2901 3rd Ave** |
| City and County | **Seattle, King County** |
| State and Zip Code | **WA 98121** |
| Telephone Number | **206-515-3400** |
| ☐ Individual capacity | ■ Official capacity |

Defendant No. 8.

| | |
|---|---|
| Name | **Eric Visser** |
| Job or Title *(if known)* | **WSF Director of Vessel Engineering, Resigned.** |
| Street Address | **2901 3rd Ave** |
| City and County | **Seattle, King County** |
| State and Zip Code | **WA 98121** |
| Telephone Number | **206-515-3400** |
| ☐ Individual capacity | ■ Official capacity |

Defendant No. 9.

| | |
|---|---|
| Name | **Robert Pace** |
| Job or Title *(if known)* | **WSF Port Engineer, Retired** |
| Street Address | **2901 3rd Ave** |
| City and County | **Seattle, King** |
| State and Zip Code | **WA 98121** |
| Telephone Number | **206-515-3400** |
| ☐ Individual capacity | ■ Official capacity |

Joe Francis ~~041-203~~ 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 10.

| | |
|---|---|
| Name | Linda Manning |
| Job or Title *(if known)* | WSF Human Resources, Retired. |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Defendant No. 11.

| | |
|---|---|
| Name | Elizabeth Kosa |
| Job or Title *(if known)* | WSF Senior Port Engineer, C.O.S. Resigned. |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Defendant No. 12

| | |
|---|---|
| Name | Colleen Scanlon |
| Job or Title *(if known)* | WSF Human Resources, Retired. |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

Joe Francis _(signature)_ 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 13,

| | |
|---|---|
| Name | Mike Tietz |
| Job or Title *(if known)* | WSF Oiler, Retired |
| Street Address | 2901 3rd Ave |
| City and County | Seattle, King County |
| State and Zip Code | WA 98121 |
| Telephone Number | 206-515-3400 |
| ☐ Individual capacity | ■ Official capacity |

## II.    PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

■ No          ☐ Yes          If yes, how many? _____

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

_____

_____

_____

Joe Francis ~~Joe Francis~~ 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

*Pro Se 15 2016*

_____

_____

Defendant(s)

_____

_____

_____

_____

(*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)

Court and name of district:

_____

Docket Number: _____

Assigned Judge: _____

Disposition: (*For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?*)

_____

_____

_____

Approximate filing date of lawsuit: _____

Approximate date of disposition: _____

### III.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

Joe Francis _____ 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suite against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(Title VI and Title VII of the Civil Rights Act of 1964, as amended)

(42 U.S.Code Parts 2000d et seq.) (42 U.S.Code Parts 2000e et seq.)

(42 U.S. Code et seq.1985 Conspiracy to interfere with civil rights)

(Freedom of Information Act) (18 U.S. Code et seq. 245 Federally Protected activities)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

Joe Francis ~~Prepared~~ 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

*Pro Se 15 2016*

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## See attached pages 13-24

### IV.    STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

## See attached pages 25-26

A.    Where did the events giving rise to your claim(s) occur?

### Washington State Ferries, an agency of the State of Washington.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

### March 17, 2022  see attached page 27

C.    What are the facts underlying your claim(s)? *(For example: What happened to you?*

*Who did what? Was anyone else involved? Who else saw what happened?)*

### See attached pages 28-40

Joe Francis                          9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

No physical injuries to Plaintiffs.

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

See attached page 41

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Joe Francis ~~[signature]~~ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  September 11, 2023

Signature of Plaintiff  *Joe Francis*

Printed Name of Plaintiff  JOE FRANCIS

Date of signing:  September 11, 2023

Signature of Plaintiff  *J. Francis. Attorney-in-Fact*

Printed Name of Plaintiff  AQUAWN FRANCIS-KEY

Date of signing:  September 11-2023

Signature of Plaintiff  *J. Francis Attorney-in-Fact*

Printed Name of Plaintiff  TYRONE FRANCIS

Joe Francis *Joe Francis 9-1-2023*  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

## III. D.  BASIS FOR JURISDICTION

*Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law.*

3.1  Defendant Washington State Ferries (WSF) acting under color of state law RCW 49.60 violated the Plaintiff's freedom from discrimination and civil rights.  WSF has purposely, knowingly, intentionally, beginning in 2015 and most recently as 2022 concealed documents, information, statements, that prove WSF violated RCW 49.60 at the expense of the Plaintiff's civil rights and safety.

3.2  Defendant Washington State Ferries (WSF) acting under color of state law RCW 9A.46 harassment violated the Plaintiff's freedom from harassment.  WSF has purposely, knowingly, intentionally, beginning in 2015 and most recently as 2022 concealed documents, information, statements, that prove WSF violated RCW 9A.46 at the expense of the Plaintiff's civil rights and safety.

3.3  Plaintiff WSF Chief Engineer Joe Francis was threatened with a bullet through the head while at work by WSF employee Oiler Tim McCollum on March 1, 2015 if Plaintiff Joe Francis was to bring down into the engine room of a Washington State Ferry his younger black brother Plaintiff Tyrone Francis for his High School Career Day.  Tyrone Francis held a USCG Wiper card and TWIC Card.  Defendant WSF Timothy McCollum violated RCW 49.60 as well as RCW 9A.46 as well as Washington State Ferries Code of Conduct #6, #13.

3.5  Also present at the time of the threat was an Intern/Observer that also is a younger black brother of Chief Engineer Plaintiff Joe Francis named Plaintiff Taquawn Francis-Key.  Plaintiff Taquawn Francis-Key was not allowed by WSF to give a statement for the fact finding and investigation performed by the Defendant Washington State Ferries in regards to this incident. Taquawn Francis-Key held a USCG Wiper card and a TWIC card.  A violation by WSF of RCW 49.60.

3.6  Another  WSF employee Oiler Mike Tietz was allowed to give a statement for this particular fact finding.  There was four persons in the room that witnessed this incident. Plaintiff Joe Francis, Plaintiff Taquawn Francis-Key, WSF employee Timothy McCollum and WSF employee Oiler Mike Tietz.  The only black person in the room was Plaintiff Taquawn Francis-Key.

3.7  Through a public disclosure request made in March of 2023 by Plaintiff Chief Engineer Joe Francis it was found in an email written by WSF Port Engineer Wesley Sweet on March 2, 2022

Joe Francis _____ 9-11-2023 _____ 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

that Wesley Sweet communicated to WSF employees Matt Von Ruden, WSF Kim Monroe, WSF Saray Lynn Smith, WSF Eben Phillips, WSF Bill Schweyen.  In the statement by Wesley Sweet, when he says *"him"* Wesley is referring to Joe Francis, when Wesley says *"intern"* Wesley is referring to Taquawn Francis-Key.

3.8  *"Maybe this time HR and Mgmt. can sit down with him and explain the findings of the case. To my recollection the Supervisor was Bob Pace and it was at HR Rep direction that the intern statement was inadmissible because he was not an employee."*

A violation by WSF of RCW 49.60.

3.9  Over the years between March 2015 and March 2022 Plaintiff Joe Francis has communicated through dozens of emails to WSF Wesley Sweet, WSF HR and WSF Port Engineers and WSF Upper Management in regards to this incident, not once over the years did any of them communicate the reason why Plaintiff Taquawn Francis-Key was not allowed to give a statement.

3.10  Plaintiff Taquawn Francis-Key not being allowed to give a statement for the fact finding and investigations performed by WSF as an intern was a violation of his Civil Rights and a violation of Plaintiff Tyrone Francis's Civil Rights and very well the Civil Rights of Plaintiff Joe Francis.  Joe Francis's life was threatened because he was helping a protected class make gains into a local maritime industry, and also due to the color of skin and race of his family members, younger brothers Plaintiff Taquawn Francis-Key and Plaintiff Tyrone Francis.  A violation by WSF of RCW 49.60

3.11  The Defendant's acted out a fraudulent strategy of fact finding and investigations that was in violation of 18 U.S. Code section § 245 – Federally protected activities.  It should be noted that this particular U.S. Code may or may not be argued by the Plaintiff's in this court, but is a motive for WSF to conceal information and documents, to deceive, lie, act in bad faith, going as far back as March 1, 2015 and as recent as March 2022 in order to protect Federal Funding of WSF and WSDOT programs and projects.

3.12  The Defendant's acted out a fraudulent strategy of fact finding and investigations that was in violation of 42 U.S. Code § 2000e-2 – Unlawful employment practices.  This fraudulent strategy was at the expense of the Plaintiff's Civil Rights and safety RCW 49.60.

3.13  The Defendant's acted out a fraudulent strategy of fact finding and investigations that was in violation of 42 U.S. Code Subchapter V – Federally assisted programs.  This fraudulent strategy was at the expense of the Plaintiff's Civil Rights RCW 49.60.

3.14  The Defendant's acted out a fraudulent strategy of fact finding and investigations that was in violation of 42 U.S. Code § 1985 – Conspiracy to interfere with civil rights.  A violation by Defendants of RCW 49.60.

Joe Francis _(signature)_ 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

3.15  On March 17, 2022 the WSF employee Megan M, Trieschmann a Human Resource Consultant, Office of Human Resources & Safety, WSF located in Spokane, WA spoke with WSF Timothy McCollum over the phone in regard to a Facebook post that the Plaintiff Joe Francis posted. The facebook post and 2 pictures (1 pic of Joe Francis, 1 pic of Tyrone Francis and Taquawn Francis-Key) note: The pic of Taquawn and Tyrone was later deleted from Joe Francis's WSDOT public records request by WSDOT.  The post and pictures were circulated amongst wsdot.wa.gov email addresses of Westley Sweet, Matt Von Ruden, Kim Monroe, Sarah Lynn Smith, Eben Phillips, Bill Schweyen, Chris Kennedy, James Schubert, Jim Blake, CSOFFSO's.  In this conversation with WSF Timothy McCollum.  WSF HR Megan Trieschmann made notes on a word doc while talking on the phone with Timothy McCollum.  Here are the notes 3.16 and 3.17 that WSF Megan Trieschmann took.

3.16  *"Alright, several years ago, I had made a joke quoting from the movie, Tombstone and they decided to take it literally and Joe called HR saying he was in fear for his life.  Now I feel like this is a hostile work environment for me because I had thought we settled this and I was discipline for it but apparently, Joe still wants to talk about it and share the story with everyone else.  I don't know who has seen these posts from Joe and what they think.  None of it is true, it was just humor.  I wanted to apologize to Joe, but I was told to just let it be after the FF several years ago."*

Defendant Timothy McCollum is admitting to WSF HR that he violated RCW 9A.46.

3.17  *"Joe Francis- posting things on the private WSF Facebook about an incident that happen at work several years ago about Tim McCollum and Mike Tietz.  Joe Francis filed a complaint with the state patrol also several years ago about an alleged murder per Tim McCollum.  Tim did state he can't be 100% about the alleged murder accusation as it was several years ago but a state patrol followed him to Albertson's and spoke to him about the incident."*

3.18  On Monday May 4, 2015 WSF Port Engineer Robert Pace sent an email to WSF Linda Manning of HR.  The subject line reads, Tim McCullum and Joe France.  In the email Robert Pace explains,

3.19  *"Linda  The out-come of the fact finding with Tim McCullum and Joe Frances is listed below.  Tim admitted that he did say what Joe told us in his statement.  He agreed to leave the Tillikum and move to another Vessel and he has done that.  He has received a verbal warning.  I have put in my files that he did receive a verbal warn and will keep that for one year.  Bob Pace WSF Port Engineer Maintenance/Warehouse"*

The Verbal warning in this paragraph is an admission by WSF, Bob Pace, and WSF Linda Manning that Timothy McCollum did in fact break the WSF Code of Conduct.  WSF, Bob Pace and Linda Manning conspired to keep this information from the Plaintiff's, in violation of RCW 49.60.

3.20  It is very important to note that in both paragraphs above 3.18 and 3.19 that WSF Port Engineer Robert Pace appears to have deliberately misspelled both Joe Francis and Tim

Joe Francis  *[signature]* 9-1-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

McCollum twice.  It can be assumed that Port Engineer Robert Pace had no intentions of ever sharing this document with any of the Plaintiff's or anyone else at WSF other than Linda Manning of WSF HR.  PE Robert Pace also deliberately made the document much more difficult to search for in the future.  It was not until January of 2020 that Plaintiff Joe Francis through a pubic disclosure request located the document.  On February 4, 2020 Plaintiff Joe Francis would share this document with persons in the WSF Port Engineers office, the WSF Human Resources office, Mireya Mendoza, Wesley Sweet, Bill Schweyen, Matt Von Ruden, Colleen Scanlon, not once did Plaintiff Joe Francis receive a reply or acknowledgement from anyone in WSF in regard to Timothy McCollum's statement admitting to threatening Joe Francis with a bullet through the head.  Timothy McCollum again admitting to violating RCW 9A.46.  WSF, Port Engineer Robert Pace and Human Resources Linda Manning conspired to violate 42 U.S. Code §1985 and or RCW 49.60.

3.21  On March 2, 2015 Plaintiff Joe Francis sent WSF Port Engineer Robert Pace and WSF Chief of Staff Elizabeth Kosa an email with Joe Francis's statement in regard to WSF Timothy McCollum threatening to put a bullet through his head.  Here is what Plaintiff Joe Francis said in his statement,

3.22  *"Hello Bob, I didn't go into work today aboard the Tillikum.  I need to report an incident that happened yesterday about mid day the first of March in the EOS aboard the Tillikum.  I was sitting at the Chief's desk, Mike Tietz was sitting to my left also at the Chiefs desk, observer Taquawn Key was sitting in the chair below the #1 engine room window, Tim McCollum was standing next to the EOT facing Mike and I.  Mike, Taquawn and I had been talking about something to do with my little brothers, may have had something to do with my younger brother Tyrone visiting the engine room for his high school senior project.  Tim had been standing there for less than a minute.  Tim says this to me, (Joe, I will put a bullet through your head, it will make a nice clean wedge right through the top of your head, it won't be like this, it will be like this.)  When he says, and it won't be like this, Tim is holding his right arm out and using his hand like a pistol but he is holding his hand sideways like a pistol.  Then when he says the second time, it will be like this, he changes his hand from sideways to straight up while still pointing it at me like a pistol.  When Tim is done saying this, he doesn't laugh, he doesn't smile, he just nods a little bit, turns around and leaves the room through the port EOS door.  I didn't say anything in reply, Mike or Taquawn didn't say anything in reply either.  I don't know what is going on in Tims head that he thinks that was something that he could say to me.  But that was the final straw for me, I do not want Tim on my watch or any watch that I have to relieve, and I would just assume never see Tim again.  Sincerely, Joe Francis C/E Tillikum B-Watch 768262 253-732-6532."*

Defendant WSF, WSF Robert Pace and WSF Elizabeth Kosa conspired to ignore Joe Francis's statement of a threat to his life, violating RCW 49.60 and RCW 9A.46.

Joe Francis ⟨signature⟩ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

3.23  On March 2, 2015 Plaintiff Joe Francis sent Port Engineer Robert Pace and WSF Chief of Staff Elizabeth Kosa a Statement from Plaintiff Taquawn Francis-Key.  Both Robert Pace and Elizabeth Kosa of WSF never once replied or acknowledged the statement by Taquawn Francis-Key.  When Joe Francis asked Robert Pace over the phone if Taquawn Francis-Key should come in for the fact finding meeting on March 6, Robert Pace's reply was *"that won't be necessary".*

3.24  Here are the words from Taquawn Francis-Key statement that Joe Francis had him write down at the time.  *"As we were in the chief's office (Joe, Mike, Tim and I) Joe was discussing to us that he was going to bring on his little brother to shadow for a high school project.  Tim said he wasn't going to allow this in a snarky joking way, which is odd because Joe approved of his daughter coming on board in the near future.  When Joe asked why Tim's response was just "no" with no reason.  When Joe said he was going to do it either way Tim said he was not going to allow it and left the office.  Seconds later he came back in saying he would bring his "nine" and put a hole in Joe's head.  A wedge shape.  Saying he would shoot straight and it sideways while looking at me.  Whether or not this was a joke we could not tell from his tone of voice, and none of us had a response and he left without saying anything else after.  Taquawn Francis - Key, Observer (TWIC card, MMC Wiper)  (253)355-2340."*

Defendants WSF, Robert Pace and Elizabeth Kosa conspire to ignore, conceal the statement made by Plaintiff Taquawn Francis-Key in violation of RCW 49.60 as well as RCW 9A.46.

3.25  Here is a copy of a statement that WSF Timothy McCollum sent to WSF Port Engineer Robert Pace on March 2, 2015.  Here is what Timothy McCollum said happened,

3.26  *"To: Port Engineer From: Timothy McCollum (1147584) The following statement is submitted in regards to a phone conversation we had on 2 of March 2015.  On or about 1 March 2015, while at work on dayshift, during a discussion with my Chief Engineer Joe Francis, I apparently made a remark that was found by him to be offensive.  While I do not recall exactly what I said, it would only have been in jest and meant to be humorous in nature.  I am deeply regretful and sincerely apologize for any offense taken.  Joe Francis is an excellent person to work for and with and I feel fortunate to have him as my supervisor.  Sincerely Timothy L. McCollum."*

The Defendant Timothy McCollum on May 4, 2015 changed his statement and admitted to violating RCW 9A.46.  See paragraph 3.18 and 3.19.  The Plaintiff's were not notified or made aware of this statement by WSF.

3.27  The Defendant WSF Washington State Ferries acting under color of state law RCW 42.52 violated Confidential information – Improperly concealed records.  In particular, RCW 42.52.050 (4) No state officer or state employee may intentionally conceal a record if the officer or employee knew the record was required to be released under chapter 42.56 RCW, was under a personal obligation to release the record, and failed to do so. This subsection does not apply where the decision to withhold the record was made in good faith.

Joe Francis  9-1-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

3.28  Plaintiff Chief Engineer Joe Francis has documented several incidents of WSDOT WSF Human Resources department employee Mireya Mendoza lying about her involvement in the incident dating back to March 1, 2015.  Even as recently as April 18,2022 Mireya Mendoza replied to HR Breanna Northup in response to Plaintiff Joe Francis's public records request for sought after records of PDR P009751-032322,

3.29  *"Hi there, I have nothing for 2015 as requested in PDR P009751-032322.  That was before my time in this role. Signed Mireya".*

3.30  This statement 3.29 by WSF HR Mireya Mendoza is a lie and there is documentation to prove this fact.  Defendant WSF and Mireya Mendoza is in violation of RCW 42.52.

3.31  There are numerous occasions where WSF Mireya Mendoza fails to share information and documents for official public disclosure request made by Plaintiff Joe Francis.  There are numerous occasions where WSF Mireya Mendoza misleads her supervisors when questioned about information and documents for official public disclosure request made by Plaintiff Joe Francis.

3.32  As recently as July 19, 2022 WSF Mireya Mendoza sent an email to  WSF Kim Monroe of WSF HR and Sarah Lynn Smith.  In the email Mireya Mendoza explained,

3.33  *"I blind copied you both in a response email to Joe Francis requesting Nicole Jurek's replacement.  Mr. Francis is the employee who has continuously reached out to various folks regarding something transpiring in 2015.  I don't know if his request is for the same issue or something new.  I just wanted to give you both the heads up in case he tries to reach out to Debra and she go searching for info that we have already addressed in the past.  This would include Jeff Pelton as well as State HR getting involved at one point."*

In this paragraph it appears that Defendant Mireya Mendoza is conspiring with other WSF employees to conceal information from the Plaintiffs.  The Defendants are in violation of RCW 42.52 as well as RCW 49.60.  Note, this is from July 19,2022.

3.34  In an email dated March 6, 2015 08:35 a.m. WSF Mireya Mendoza sent to WSF Port Engineer Robert Pace.  Mireya asked Bob,

*"Hi Bob - Can we meet before 10 a.m. to discuss strategy. Thanks"*

3.35  In an email dated March 3, 2015 Mireya Mendoza sent to Chad Scott and CC Linda Manning of HR and Port Engineer Robert Pace.  Mireya explains,

3.36  *"My name is Mireya, Linda Manning assistant, attached are the fact findings scheduled for Mr. McCollum and Mr. Francis.  For Friday March 6, 2015.  If you have any questions I can be reached directly at 206-515-3438.  Thank you"*

Joe Francis _____ 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

3.37  On March 3, 2015 a hand delivered letter from WSDOT WSF was given to Plaintiff Joe Francis while at WSF Headquarters in Seattle, informing him of his scheduled fact finding meeting at 10:00 am on March 6, 2015 at 2901 Third Avenue, Suite 500 Seattle, WA 98121.

3.38  In an email dated March 23, 2020 WSF Mireya Mendoza explains to Joe Francis, *"Joe, I was not in attendance of the fact findings. I was not part conducting the investigation nor in the fact finding meetings. Mireya Mendoza."*

This is an example of WSF Mireya Mendoza not telling the truth.

3.39  In an email dated March 27, 2019 WSF Mireya Mendoza explains to Joe Francis, *"Joe, my apologies the previous email went out to you unfinished. My revised response is below. Joe, Can I have the specifics of the incident you reference. I have been in my position as of December 2016 so I don't recall your reported incident. Etc......"*

This is an example of WSF Mireya Mendoza not telling the truth.

3.40  In an email dated March 10,2022 WSF HR Kim Monroe explains to WSDOT HR Jeff Pelton, *"That will be me. I believe that Wes Sweet and Matt VR have also discussed this with Joe. It is a complaint he has filed a couple of times and according to Matt, the issue has been addressed. I need to familiarize myself with all the info related to the case – it pre-dates me. Regards, Kim"*

3.41  In paragraph 3.40 WSF HR Kim Monroe is emailing WSDOT HR Jeff Pelton. In November/December of 2019 both Kim and Jeff worked at WSDOT HR. Both Kim and Jeff received a forwarded complaint written by Joe Francis on November 26, 2019. The complaint was forwarded to them by a WSF HR person named Colleen Scanlon. This particular complaint disappeared and was never addressed by WSF HR or WSDOT HR. Paragraph 3.40 is an example of WSF Kim Monroe not telling the truth.

3.42  In an email dated March 18, 2022 WSF HR Kim Monroe explains to WSF Christian Afful and WSF Debra Quinn, *"Subject line: Joe Francis investigation info, I am trying to find information related to an investigation into a complaint initiated by Joe Francis a few years ago. It was before my time with the Ferries, but it sounds like Joe's concern has been looking into multiple times. I have no reports in the WSF files and I cannot find anything in our statewide database on it. Sounds like OEO/Larry Watkinson may have done something on this case? He provided me with a case number – CONFIDENTIAL Referral #2705272 0 Joe Francis. Does any of this look familiar to you, or do you have anything in your files concerning Mr. Francis's complaint(s)? Regards, Kim"*

This paragraph is another example of WSF HR Kim Monroe not telling the truth. Once again on November 26, 2019 WSF HR Colleen Scanlon forwarded Kim Monroe and Jeff Pelton of WSDOT HR one of my complaints that was never addressed by WSF HR, it just disappeared. It may of also been forwarded to WSF Mireya Mendoza. At the least Mireya Mendoza was notified that the complaint was forwarded to Kim and Jeff.

Joe Francis ~~[signature]~~ 9-1-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

3.43  In an email dated December 30, 2019 1:07 p.m. from WSF HR Colleen Scanlon sent to Jeff Pelton of WSDOT HR.  In the email Colleen Scanlon explains,

3.44  *"Jeff, Here is what Mireya had to say."*

3.45  In an email dated December 30, 2019 9:01 a.m. that Mireya Mendoza sent to Colleen Scanlon of HR.

3.46  *"Colleen,  My understanding of this, is that it occurred in 2015 Elizabeth Kosa (Nicolette). was the Sr. Port Engineer.  Linda Manning was the HRC4.  I wasn't involved in this complaint as a PA2 (aka HRC) other than an email where my name was included.  Apparently when I researched it was addressed but not sure in what manner.  I met with Joe Francis at the MEBA hall.  Feel free to call me as soon as you can 206-250-6068"*

Another example of WSF HR Mireya Mendoza not telling the truth.

3.47  In an email dated December 25, 2019 5:04 p.m. that WSF HR Colleen Scanlon sent to WSDOT HR Jeff Pelton.  Colleen Scanlon explains to Jeff Pelton,

3.48  *"Jeff,  I have searched the p drive and ecm for anything on this incident.  I have found nothing, no evidence of a fact finding meeting, etc.  No disciplinary actions, etc.  I have also searched the statewide investigations data base and was unable to locate anything there as well.  What I found interesting was the document that he sent Roger included an email that he sent to employees regarding this incident.  I am out of options to find these missing documents. Can you provide me any further guidance.  Colleen E, Scanlon HR Deputy Director, WSF."*

This is a great example of WSF HR Colleen Scanlon not telling the truth, concealing documents and information that she most certainly has access to.   Also, another example of WSF conspiring to violate the Plaintiff's civil rights, RCW 49.60.

3.49  In an email dated December 30, 2019 8:48 a.m.  that WSF Jeff Pelton sent to WSF Colleen Scanlon.  Jeff Pelton explains,

3.50  *"Colleen,  I think we are beholden to what we have on file.  Does Mireya have any context?  I assume she may have worked the case."*

3.51  In an email dated November 26, 2019 11:08 a.m. Plaintiff Joe Francis sent in a complaint form with 55 pages of supporting documents to WSF HR Deputy Director Colleen Scanlon. Colleen shortly thereafter at 11:16 a.m. forwarded the email to WSF HR Mireya Mendoza, WSF HR Jeff Pelton and WSF HR Kim Monroe.  It appears that all 4 WSF HR persons ignored all of the documents and the complaint form.  It was only after Plaintiff Joe Francis sent a long email to the Secretary of Transportation Roger Millar on December 21, 2019 that Jeff Pelton and Colleen Scanlon began to act as if they were looking for documentation.  Yet they never completed Joe Francis's complaint and did not use the information that was in his complaint, not even the WSP

Joe Francis [signature] 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

report that Joe Francis sent to WSP in September of 2019.  Another example of WSF Defendants conspiring to violate the Plaintiff's civil rights.

3.52  In an email dated March 4, 2015 sent by WSF Senior Port Engineer Elizabeth Kosa to WSF Linda Manning of HR, WSF Mireya Mendoza of HR, WSF David Jamison Jr.  CC to WSF Wesley Sweet, WSF Port Engineer Tim Browning, WSF Port Engineer Robert Pace, WSF Port Engineer Thomas Timmerman.  WSF Elizabeth Kosa explains,

3.53  *"Mireya,  I have received a formal complaint from Mr. Jamison (see below) please investigate and follow up with the employee.  Regards Elizabeth Kosa"*

3.54  Note that in paragraph 3.52 WSF Senior Port Engineer Elizabeth Kosa informed three additional Port Engineers besides PE Robert Pace of the investigation into Dave Jamison Jr. being slapped on the butt by WSF Timothy McCollum.   Senior Port Engineer Elizabeth Kosa chose to not inform any of three additional WSF Port Engineers about the incident aboard the Tillikum two days prior whereas Plaintiff Joe Francis was threatened with a bullet through the head by WSF Timothy McCollum.  Senior Port Engineer Elizabeth Kosa chose to keep the investigation about the Tillikum incident only between herself and Port Engineer Robert Pace, HR Mireya Mendoza and HR Linda Manning.  Most persons would view this as a great inequality of investigations performed by WSF.  Once again, the Defendants conspiring to violate the civil rights of the Plaintiff's RCW 49.60.  The Defendant's treated the Plaintiff's investigation in a much less equal manner than they treated Dave Jamison Jr. complaint within the same week.

3.55  In an email dated May 7, 2018 sent from WSF Matt Von Ruden to Chief of Staff Elizabeth Kosa and CC to WSF John Bamonte and WSF Linnaea Joblonski   RE: WSF Oiler Mike Tietz and his swastika.  WSF Matt Von Ruden explains,

3.56  *"Elizabeth, This is unacceptable and warrants immediate action.  I am not going to wait for the union to act.  I will issue a letter of expectation directly ordering him to not bring any such material onto state property.  Failure to comply will result in termination per code of conduct.  Thanks Matt"*

Plaintiff Taquawn Francis-Key was harassed and intimidated by WSF Mike Tietz and his swastika medallion aboard the Tillikum during January and February of 2015.  WSF violated Plaintiffs civil rights RCW 49.60.

3.57  On May 7, 2018 an official "Letter of Expectation for WSF Michael E. Tietz" was drafted by WSF Matt Von Ruden, Director, Vessel Engineering & Maintenance.

It should be noted that WSF, Robert Pace, Elizabeth Kosa, Linda Manning and others accepted a written statement from WSF Mike Tietz in regard to the March 1, 2015 incident aboard the Tillikum that was in direct agreement with Timothy McCollum's first statement that Timothy McCollum later changed and admitted his guilt in a statement dated May 4, 2015.  No one from WSF ever went back to WSF Mike Tietz and questioned the accuracy of his first statement.   This

Joe Francis 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

appears to be another example of WSF conspiracy to violate the Plaintiff's civil rights RCW 49.60.

3.58  On June 4, 2021 Plaintiff Joe Francis sent an email to WSF Matt Von Ruden.  In the email Joe Francis explained that,

3.59  *"Hello Matt,  Due to my past experience with Oiler Mike Tietz whom is now a new Relief Oiler.  I would like to ask that he not be broken in on the Chetzemoka.  I realize that he is an A-Week Relief Oiler and that I work B-Week.  I would rather not have my watch have to relieve his watch or vise versa at the beginning or end of the work week, and or have a chance that Mike ends up working overtime on my watch or myself working overtime on his watch.  Thanks for your consideration, C/E Joe Francis Chetzemoka D-Watch"*

3.60  On June 25, 2021 WSF Matt Von Ruden replies to Plaintiff Joe Francis's email which is also CC to WSF HR Mireya Mendoza.  In the email Matt Von Ruden explains,

3.61  *"Joe,  Sorry for the delay in responding.  I am unable to approve your request.  We cannot make work assignments based on another employee's personal preference.  As a Chief Engineer, you are expected to supervise any qualified relief oilers assigned to your watch.  Whatever your history, I trust that both you and Mr. Tietz should be able to maintain a professional working relationship. Best regards, Matt S. Von Ruden Director of Vessel Engineering and Maintenance"*

This is another example of WSF violating the civil rights of the Plaintiff's.  Remember that Joe Francis was the person that turned in WSF Mike Tietz for his swastika activities aboard the Tillikum, WSF Matt Von Ruden is very much aware of this fact.  Taquawn Francis-Key witnessed and was also a victim of WSF Mike Tietz swastika intimidation.

3.62  On November 10, 2021 Plaintiff Joe Francis sent WSF Matt Von Ruden an email.  In the email Joe Francis explains,

3.63  *"Hello Matt,  Along the same lines as my request to not have Mike Tietz broken in on the Chetzemoka due to my past experiences with Mike Tietz I would also like to request that Oiler Tim McCollum not be allowed to break in on the Chetzemoka due to my past experiences with Tim McCollum.   A second paragraph.  Thanks for your consideration, C/E Joe Francis Chetzemoka D-Watch"*

3.64  On November 10,2021 WSF Matt Von Ruden replies to Joe Francis.  In the email Matt Von Ruden explains,

3.65  *"Joe,  It is not possible for us to manage such individual crewing preferences.  We are struggling to provide service, and we expect all employees to behave in a respectful manner and abide by the Code of Conduct.  If you encounter a situation where this is not the case, please document it and contact your port engineer or HR consultant.  Best regards,  Matt"*

Joe Francis [signature] 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

This is an example of WSF and Matt Von Ruden violating the civil rights of all the Plaintiff's. WSF and Matt Von Ruden are very much aware, even though they may be concealing the information, that Timothy McCollum threatened to put a bullet through Joe Francis's head if he was to bring aboard the Tillikum his younger brother Plaintiff Tyrone Francis. Yet, WSF and Matt Von Ruden think that it is ok to have Timothy McCollum work on the same watch as Joe Francis. One would have to assume that WSF and Matt Von Ruden would require Plaintiff's Tyrone Francis and Taquawn Francis-Key to also have to work with WSF Timothy McCollum as well as WSF Mike Tietz.

3.66 On March 8, 2022 WSF PE Wesley Sweet sent an email to WSF PE Matt Von Ruden, WSF Kim Monroe, WSF Sarah Lynn Smith, WSF Eben Phillips, WSF PE Bill Schweyen. In the email Wesley Sweet explains,

3.67 *"Thanks, PE Office never saw a response or follow up provided to CE Francis after the 2019 inquiry. Can we get a copy so we know he was addressed and by who. Wes"*

3.68 On March 8,2022 WSF Matt Von Ruden sends a reply email to WSF Wesley Sweet as well as to WSF Kim Monroe. In the email Matt Von Ruden explains,

3.69 *"Wes, This issue was addressed multiple time, most recently all the way up to Roger's level. Apparently Mr. Francis still does not feel satisfied that the agency has addressed his issue. No further action needed from my perspective. Best regards, Matt"*

3.70 On March 2, 2022 WSF Wesley Sweet sends an email to WSF Kim Monroe, WSF Sarah Lynn Smith, WSF Eben Phillips, WSF Bill Schweyen. In the email Wesley Sweet explains,

3.71 *"Sarah/Kim and Eben, Tim McCollum incidents (2) Previously sent to Mireya in 2019 to reinvestigate. One of which she was originally involved with the other was HR Rep Linda Manning. No follow up to my knowledge has been made to PE office over the years. We just seem to see or hear each year from Mr. Francis that this issue is still not resolved and he writes more info about it. Regards, Wes"*

This statement made by WSF Wesley Sweet in paragraph 3.71 on March 2, 2022 is an example of the continued diligence for justice that the Plaintiff's have exercised through the years.

3.72 On December 30, 2022 Plaintiff Joe Francis sends an email to WSF Eric Visser the Director of Vessel Engineering and Maintenance. The email is also CC to WSF Wesley Sweet and WSF Bill Schweyen. Eric took over the position for WSF Matt Von Ruden when Matt went to head up the Vessel Electrification program. In the email Joe Francis explains that in the past he had asked WSF Matt Von Ruden to never allow WSF Tim McCollum to work on any boat that Joe Francis is working on. WSF Matt Von Ruden refused the request. Joe in this email asked the same request of Eric Visser the newly appointed Director of Vessel Engineering and Maintenance.

3.73 On February 28,2023 WSF Eric Visser the Director of Vessel Engineering and Maintenance wrote an email to Joe Francis. In the email Eric Visser explained in a one-page email that Joe

Joe Francis [signature] 9-1-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

Francis will never have to work or train with WSF Timothy McCollum.  I am quoting in paragraph 3.74 the last 5 lines of Eric's email to Joe Francis.

3.74  *"I am adding in everyone's job description that you are responsible and accountable for creating a safe working environment where people can speak up, as well as supporting and contributing on a diverse, equitable and inclusive work environment.  In my opinion, these cannot be words on paper, these need to be strengthened with accountability.  I cannot change the past and actions that were taken, but I hope these immediate steps will be welcomed. Regards, Eric"*

3.75  On Wednesday March 1, 2023 WSF Patty Rubstello the Assistant Secretary of WSF WSDOT sent a copy of Eric Visser's email that Eric sent to Joe Francis found in paragraph 3.73 to WSF HR Jeff Pelton.  In the email Patty Rubstello explains,

3.76  *"Here is what Eric shared back to Joe yesterday!"*

3.77  In an email on March 28,2023 Eric Visser the Director of Vessel Engineering and Maintenance resigned from his position at WSF WSDOT.

3.78  It should be noted that several WSF employees involved in this complaint have retired or resigned from WSF since March 1 of 2015.  The WSF and Defendant's should not be allowed an advantage by a pattern of employees nearing retirement or resigning and being assigned potentially liable employee incidents or complaints.  Then when shortly thereafter the Defendant retires or resigns, WSF uses an excuse that the particular persons involved in investigating the incident or complaint are no longer with WSF.  This is a type of bad faith, false assurances and deception that interferes with a Plaintiff's timely filing and justice.

Joe Francis ⟨signature⟩ 9-11-2023   5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

## IV. STATEMENT OF CLAIM.

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

**CLAIM ONE OF THREE:  Threat by WSF Timothy McCollum:**  WSF Oiler Timothy McCollum on March 1, 2015 while working in the engine room of the ferry boat Tillikum threatened to put a bullet through chief engineer Joe Francis's head the next day if Joe Francis was to bring Tyrone Francis aboard for his high school career day.  Four people in the room witnessed the threat, C/E Joe Francis, Intern Taquawn Francis-Key, Oiler Timothy McCollum and Oiler Mike Tietz.  The threat was based in racism.

**CLAIM TWO OF THREE:  Concealment of the threat by WSF and its employees:**  WSF Port Engineer Robert Pace, Senior Port Engineer Elizabeth Kosa, Human Resources Linda Manning and Human Resources Mireya Mendoza were in control of the Fact-Finding Investigation on March 6, 2015 looking into the threat by Timothy McCollum.  Timothy McCollum, Mike Tietz and Joe Francis were allowed to give written statements, Taquawn Francis-Key was not allowed to give a statement.  WSF, Robert Pace, Elizabeth Kosa, Linda Manning, Mireya Mendoza, Timothy McCollum and Mike Tietz all conspired to influence the findings of the investigation in a manner that benefited WSF and Timothy McCollum while violating the civil rights and safety of the Plaintiff's Joe Francis, Taquawn Francis-Key and Tyrone Francis.  Timothy McCollum on May 4, 2015 changed his statement and admitted to threatening Joe Francis, WSF failed to notify the Plaintiffs of this admission.  In January of 2020 Joe Francis located the May 4, 2015 email written by Robert Pace and sent to WSF HR Linda Manning through a public records request. On February 4, 2020 Joe Francis emailed the document to WSF Mireya Mendoza, WSF Wesley Sweet, WSF Bill Schweyen, WSF Matt Von Ruden, WSF Colleen Scanlon, not a single one of them replied or acknowledged the document or the statement made by WSF Port Engineer Robert Pace.

**CLAIM THREE OF THREE:  Continued fraudulent acts by WSF and its employees through April 2022:**  Over the years since being threatened by Timothy McCollum, Plaintiff Joe Francis has

Joe Francis *[signature]* 9/1/2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

tried to convince WSF that they need to correct the injustice that was done to himself, Taquawn and Tyrone. Both Taquawn and Tyrone had hopes of working in the engine room on a ferry boat. WSF left a trail of lies, bad faith, false assurances, deception, concealment of documents and information, that was slowly discovered over many years of diligence and through numerous public records request done by Plaintiff Joe Francis. Many of the public records request throughout the years were later found to be tainted by the very WSF employees that were involved in the original fact-finding investigation and later dated investigations, in particular WSF HR employee Mireya Mendoza. Mireya Mendoza was the HR person that originally encouraged Joe Francis to do public records request to look for files. Other WSF HR employees, Colleen Scanlon, Kim Monroe and Jeff Pelton were discovered through public records request denying that records existed, when in fact the records did exist, either they blatantly ignored locating the records in a coordinated effort or just lied to each other to benefit WSF. Joe Francis settled with WSDOT in the Spring of 2023 over a public records request complaint in King County Superior Court that could have had influenced a timelier filing of this complaint had WSDOT not delayed the release of records. Joe Francis filed the complaint after not receiving a single record for over 500 days in a particular records request. In March of 2023 Joe Francis received several documents, one dated April 18, 2022 shows WSF HR Mireya Mendoza not telling the truth about her knowledge of documents requested in PDR P009751-032322. Note that Mireya Mendoza was involved in the fact-finding on March 6, 2015. Another document dated March 2, 2022 shows WSF PE Wesley Sweet explaining to other WSF employees that it was under HR Rep direction that the Intern's statement was inadmissible because he was not an employee. This recently found statement by Wesley Sweet appears to imply that WSF HR and the WSF PE offices knew much more than they disclosed in previous years. Another document dated March 17,2022 was discovered whereas WSF HR Megan Trieschmann interviews Timothy McCollum over the phone and Timothy explains that he did in fact threaten Joe Francis on March 1, 2015. On February 28, 2023 Joe Francis received an email from the WSF Director of Vessel Engineering and Maintenance Eric Visser. In his email Eric granted Joe Francis's request that Joe Francis never be scheduled to work or train with Timothy McCollum. In Eric's words at the bottom of the email, *"I cannot change the past and actions that were taken, but I hope these immediate steps will be welcomed. Regards, Eric"*. Eric Visser was the only management employee at WSF dating back to March 1, 2015 that stood up and made a statement on the side of truth and justice for the Plaintiff's. On March 28, 2023 Eric Visser announces his resignation from WSF WSDOT.

Joe Francis ⟨signature⟩ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

## IV. B.  STATEMENT OF CLAIM

*What date and approximate time did the events giving rise to your claim(s) occur?*

**March 17, 2022** based on RCW 4.16.080 (4)

As found in RCW 4.16.080 - Actions limited to three years.

(4)  An action for relief upon the ground of fraud, the cause of the action in such case not to be deemed to have accrued until the discovery by the aggrieved party of the facts constituting the fraud;

On March 17, 2022 WSF Oiler Timothy McCollum made a statement in a phone conversation with WSF HR Megan Trieschmann.  In this statement WSF Timothy McCollum described that he did threaten Plaintiff Joe Francis several years ago.
(see, III. D. BASIS FOR JURISDICTION ¶3.15 ¶3.16)

Other documents from the past are available whereas the WSF Port Engineers office as well as the WSF Human Resources office was very aware that WSF Timothy McCollum threatened to put a bullet through Plaintiff Joe Francis's head if he was to bring down into the engine room of the Tillikum his younger brother Plaintiff Tyrone Francis for his high school career day.  WSF chose to not act on this information and in fact tried to conceal this information.
(see, III. D BASIS FOR JURISDICTION ¶3.18 ¶3.19 ¶3.21 ¶3.22)

There are numerous other occasions of WSF fraud found in the writings of this complaint.  The Plaintiff's have exercised diligence throughout the years.
(see, III. D. BASIS FOR JURISDICTION ¶3.70 ¶3.71)

The Defendant's bad faith, fraud and deception interfered with the Plaintiff's timely filing.  Justice requires a tolling of the statute of limitations on behalf of the Plaintiff's.  Not only justice on behalf of the Plaintiff's but on behalf of the people of the United States of America that have entrusted WSF with Federal Funds and with those Federal Funds entrusted that WSF would follow strict guidelines, follow state and federal laws, comply with civil rights laws in all areas as a recipient of Federal Funds.  WSF has not acted in a trustworthy manner.
(see, III. D. BASIS FOR JURISDICTION ¶3.73 ¶3.74)

The Plaintiff's are able to provide further documentation to the court to prove that WSF acted fraudulently towards the Plaintiff's.

Joe Francis *[signature]* 9-1-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

## IV. C.  STATEMENT OF CLAIM

*What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

4. C. 1.  Note that throughout this Claim the Plaintiff's Joe Francis, Taquawn Francis-Key and Tyrone Francis may be referenced by their names.  The various E- numbers represent evidence documents.

4. C. 2.  Chief Engineer Joe Francis reported the first Racial Discrimination, Threats of Violence and Employee Harassment Incident aboard WSF Tillikum to Port Engineer Bob Pace on March 1, 2015 and also to Chief of Staff Elizabeth Kosa E3-8.

4. C. 3.  The first fact finding investigation for Chief Engineer Joe Francis and Oiler Tim McCollum that Port Engineer Bob Pace, Chief of Staff Elizabeth Kosa, WSF HR Mireya Mendoza and WSF HR Linda Manning organized the first week of March 2015 was flawed and strategized in a way that would produce a predetermined result favoring Oiler Tim McCollum and Oiler Mike Tietz and more importantly favoring WSF WSDOT.  E6-10, E6-11.  A 2ⁿᵈ fact finding investigation did occur in April of 2015, CE Joe Francis and the Plaintiff's was not made aware of this fact finding meeting or the results of it.

4. C. 4.  The black Intern/Observor Taquawn Francis-Key was not allowed to give a written or verbal statement whereas white Oiler Mike Tietz and white Oiler Tim McCollum were allowed to sit at the same table aboard the Ferry Tillikum and write out coordinated statements.  Note that Intern/Observer Taquawn Francis-Key had his USCG Wiper Document and also a TWIC card while Interning/Observing aboard the Tillikum.

4. C. 5.  White Chief Engineer Joe Francis's written statement and verbal statement was met with disbelief and overruled by Oiler Mike Tietz and Oiler Tim McCollum's statements and PE Bob Pace's judgement.  CE Joe Francis during the Fact Finding meeting explained that this incident was based on racism.

4. C. 6.  Note that during the first week of March 2015, Oiler Dave Jamison Jr had a fact finding meeting for a complaint also about Oiler Tim McCollum E7-1, E7-5.  It appears that Dave Jamison Jr's complaint was made to be over emphasized and distract everyone from the March 1, 2015 incident aboard the Tillikum.  Maybe even made to confuse HR Linda Manning and not allow her to see the real story aboard the Tillikum.  HR Linda Manning is black.  It's worth noting that Oiler Dave Jamison Jr's Father worked in the WSF 2901 Office along with PE Bob Pace and COS Elizabeth Kosa during this timeframe.  The number of supervisors and port engineers that were informed by COS Elizabeth Kosa of the complaint and fact finding for Oiler Dave Jamison Jr

Joe Francis _____ 9-11-2023_  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

was 4, they were PE Wesley Sweet, PE Tim Browning, PE Bob Pace, PE Thomas Timmerman, within HR it was HR Linda Manning and HR Mireya Mendoza. The number of supervisors and port engineers that were informed by COS Elizabeth Kosa of the complaint and fact finding for CE Joe Francis and the March 1 2015 Tillikum incident fact finding was zero.    CE Joe Francis sent all of his emails to both COS Elizabeth Kosa and PE Bob Pace. CE Joe Francis had some faith that things would be handled correctly if the information was sent to both the Port Engineer and the Chief of Staff. Note that it appears that COS Elizabeth Kosa requested the incident report from Dave Jamison Jr. Oiler Dave Jamison Jr was slapped on the butt by Oiler Tim McCollum while on watch, CE Joe Francis was threatened with a bullet through the head while on watch if he brought a black high school student (Tyrone Francis) down to the engine room for his high school career day. Both Intern/Observer Taquawn Francis-Key and High School Career Day Student Tyrone Francis are black and part of CE Joe Francis's family. They are both CE Joe Francis's little brothers and at the time of the March 1, 2015 Tillikum incident, each had a USCG Wiper Document and a TWIC card and 18 years of age or older. Both had aspirations of working in the engine room aboard a Washington State Ferry.

4. C. 7.  Note that Executive Orders and Quick Notice Anti-Discrimination Message E1-68, E1-69 were given in January of 2015 at WSF to make it very clear that racial discrimination is not acceptable. Even though WSF was already under racial discrimination scrutiny for mishandlings in late 2014 (Oiler Donald Winston incident) and other past incidents within the fleet. In hindsight it seemed very important to PE Bob Pace and COS Elizabeth Kosa and HR Mireya Mendoza to make this March 1, 2015 Tillikum incident disappear and certainly not appear to be about racism or threats of violence due to the race and color of skin of CE Joe Francis's family members.

4. C. 8.  No findings or conclusions from the first fact finding meetings of March 6, 2015 were ever passed down to CE Joe Francis or Intern/Observer Taquawn Francis-Key or High School Career Day Student Tyrone Francis. Not an email, not a phone call, not a visit to the boat, not a letter apologizing for what happened, zero follow up from anyone in management or HR. Sometime prior to May 4, 2015 Oiler Tim McCollum did confess E6-26, this information was also not passed down or the punishment changed to reflect the severity of what really happened. Oiler Tim McCollum's confession was concealed in house and hidden away until CE Joe Francis found it in a PDR public disclosure request in January of 2020. Joe Francis then on February 4, 2020 emailed this document to Mireya Mendoza, Wesley Sweet, Bill Schweyen, Matt Von Ruden, Colleen Scanlon, not a single one of the WSF employees replied or acknowledged the document. Note that in E6-26 there appears to be a deliberate classic cover and conceal a public record move by PE Bob Pace, whereas both Tim McCollum and Joe Francis names were misspelled twice making it more difficult to locate this particular email in a records search, E6-26.

Joe Francis _(signature)_ 4-1-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

4. C. 9.  Note that less than 6 weeks after the March 1, 2015 Tillikum incident.  Oiler Tim McCollum is working aboard another ferry.  He makes a request through PE Bob Pace to bring down his daughter and her friend for their high school career day.  E9-1, E9-2, E9-3, The request is granted by PE Bob Pace, and will occur on April 11, 2015, although a Susan Moriarty is incredibly uncomfortable with this request and shares her feelings with HR Linda Manning.  On April 14, 2015 Tim McCollum receives Certified Mail informing him that he needs to be present at a Fact Finding scheduled for April 22, 2015.  This Fact Finding appears to be in direct relation to the first Fact Finding meeting of March 6, 2015.  No, CE Joe Francis was not informed of this Fact Finding nor of its results.  Although, it does appear that Oiler Tim McCollum may have confessed about threatening to put a bullet through CE Joe Francis's head due to this 2nd Fact Finding Meeting.  Note that on March 18, 2015 PE Bob Pace and HR Linda Manning felt the need to assure Tim McCollum that the investigation was over and a letter of warning would be given to Tim E3-19.

4. C. 10.  Note that still to this day no one in WSF HR will admit who the HR person was present in the March 6, 2015 Tillikum fact finding meeting.  It is presumed that it was Linnaea Jablonski or maybe Stacey Ragsdale.  CE Joe Francis obtained a list of all persons working at WSF HR on March 5 and 6 of 2015 through a public records request E7-19.  Joe Francis is still uncertain who the HR employee was at the fact-finding meeting and HR is not sharing whom it was.

4. C. 11.  In (May 2023) CE Joe Francis located an email through PDR written by WSF Port Engineer Wesley Sweet whereas he explains that it was a WSF HR decision to not take a statement from black Intern/Observer Taquawn Francis-Key because he was not a paid WSF employee E5-1, E5-2.  PE Wesley Sweet failed to ever mention this the multiple of times since March of 2015 he was asked or involved in conversations about the March 2015 Tillikum incident.  PE Wesley Sweet concealed this information for the benefit of WSF E12-106, E12-110.  It would appear that WSF HR failed to protect Intern/Observer Taquawn Francis-Key's Civil Rights by not taking a statement in regards to violations of Title VI and Title VII and other State and Federal Civil Rights Laws.  WSF HR also failed to protect CE Joe Francis's Civil Rights under Title VII as well as other employee based State and Federal laws.  Note that CE Joe Francis was threatened with a bullet through the head because of the race and color of his family members, both of those family members had USCG Wipers Documents and TWIC cards.  Keep in mind that this happened while at work, while on watch, aboard the  Washington State Ferry Tillikum.

4. C. 12.  Note in 2016 CE Francis tried to get management to change the Code of Conduct but only received excuses why they could not change it.  COS Elizabeth Kosa was the first to say she would look into having the WSF Code of Conduct updated in early 2016 E12-147.  Many times since March 2015 WSF and the State acted as if they would update the Code of Conduct but have not E13-41.  CE Joe Francis asking to update the Code of Conduct is not a report of racial discrimination or harassment but it does remind WSF of their race discrimination failings, Title VI and Title VII shortcomings and an urgent sincere need for real change.  It appears to CE Joe

Francis to be some sort of a liability or conflict of interest to change the WSF Code of Conduct while CE Joe Francis is employed at WSF, similar to the conversations found on E4-9.

4. C. 13.  In the spring of 2018 CE Joe Francis reported Oiler Mike Tietz for his continued swastika activity aboard the Tillikum to the MEBA Union and COS Elizabeth Kosa E4-6.  It was then shared with PE Matt Von Ruden, HR Linnaea Jablonski, HR John Bamonte, HR Mireya Mendoza.  Oiler Mike Tietz was disciplined to some effect.  According to Intern/Observer Taquawn Francis-Key, Oiler Mike Tietz was displaying his swastika medallion on the Tillikum day room table when Intern/Observer Taquawn Francis-Key was present and both Tietz and McCollum were sitting at the day room table.  Intern/Observer Taquawn Francis-Key never reported the swastika to CE Joe Francis.  In early 2018 after hearing an On Call Oiler talk about the Tillikum and Oiler Mike Tietz and his swastika medallion laying around on the day room table, the On Call Oiler showed CE Joe Francis a picture of the swastika medallion laying on the Tillikum day room table.  At this time in 2018 CE Joe Francis is working aboard the Chetzemoka and no longer working aboard the Tillikum.  CE Joe Francis was alarmed and angry that Oiler Mike Tietz was still displaying his swastika medallion after CE Joe Francis confronted him about it in late 2014.  CE Joe Francis then asked Intern/Observer Taquawn Francis-Key if Oiler Mike Tietz had ever displayed the swastika medallion before and left it laying around for him to see while in the Tillikum day room.  Intern/Observer Taquawn Francis-Key replied, "yes quite a few times".  CE Joe Francis then reported Oiler Mike Tietz to the MEBA Union and COS Elizabeth Kosa.  Note that WSF HR Mireya Mendoza is also involved in investigating this incident.  Note that Matt Von Ruden was very much involved in dealing with Oiler Mike Tietz and his swastika E4-10, E4-8.

4. C. 14.  In 2021 CE Joe Francis requested from Director Vessel Engineering and Maintenance Matt Von Ruden that Oiler Tim McCollum and Vacation Relief Oiler Mike Tietz never be allowed to work aboard the Chetzemoka.  Matt Von Ruden refused to grant the request, E4-4, E4-5, even though he was extremely aware of Mike Tietz swastika activity and how it was used aboard the Tillikum, and he was extremely aware of the facts and documentation that have been sent to him regarding Tim McCollum confessing to threatening CE Joe Francis with a bullet through the head if he was to bring his black younger brother Tyrone Francis aboard the Tillikum for his high school career day.

4. C. 15.  In 2019 CE Joe Francis demanded that WSF HR show him what was in his WSF HR files, Oiler Mike Tietz WSF HR files, Oiler Tim McCollum WSF HR files, and if there was a WSF HR file for Intern/Observer Taquawn Francis-Key and also High School Career Day Student Tyrone Francis.  There were no WSF HR files, none at all.  HR Mireya Mendoza was in charge of working with CE Joe Francis once again and acted as if she did not know anything about the March 2015 Tillikum incident.  CE Joe Francis was later able to prove that HR Mireya Mendoza new plenty about the March 2015 Tillikum incident and that HR Mireya Mendoza was involved in it through documents found in a public disclosure request E6-1-26.  HR Mireya Mendoza misled and

Joe Francis ⟨signature⟩ 9-1-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

concealed information from CE Joe Francis and others in WSF HR and WSF Port Engineers Office and possibly even the WSP. CE Joe Francis at this time was not aware of what HR Mireya Mendoza was concealing but found it strange that others in WSF management would always forward CE Joe Francis back to HR Mireya Mendoza when CE Joe Francis complained, questioned and wanted investigations done. CE Joe Francis feels that in 2019 multiple persons in WSF management knew that HR Mireya Mendoza was concealing information and was involved in the March 2015 Tillikum fact finding strategy that benefited Oiler Tim McCollum and Oiler Mike Tietz and WSF. CE Joe Francis felt that OEO Earl Key and OEO Larry Watkinson knew HR Mireya Mendoza was involved in covering things up when they first met with CE Joe Francis. No one ever informed CE Joe Francis of the potential involvement of HR Mireya Mendoza until CE Joe Francis was able to obtain documents from a public disclosure request that proved HR Mireya Mendoza knew much more than she ever admitted to about her involvement in concealing and covering up the March 2015 Tillikum incident.

4. C. 16.  Note that HR Mireya Mendoza is the WSF HR person that told CE Joe Francis to do a public disclosure request in order to find out more about WSF HR files content E6-1-26. CE Joe Francis then later found documentation of HR Mireya Mendoza concealing and misleading those that were trying to collect records for the very same CE Joe Francis public records request that HR Mireya Mendoza advised him to request. WSF HR Mireya Mendoza once again concealing information in order to protect WSF.

4. C. 17.  HR Mireya Mendoza was still involved with CE Joe Francis complaints in November of 2021 when CE Joe Francis made a request to PE Matt Von Ruden that Oiler Tim McCollum and Relief Oiler Mike Tietz never be allowed to work CE Joe Francis's boat the Chetzemoka or any boat that CE Joe Francis may want to work E4-4, E4-5. PE Matt Von Ruden refused CE Joe Francis's request. HR Mireya Mendoza was involved in this email chain also. Note that PE Matt Von Ruden was heavily involved in Oiler Mike Tietz being disciplined May of 2018 for his swastika activity aboard the Tillikum. PE Matt Von Ruden E4-4 "It is not possible for us to manage such individual crewing preferences. We are struggling to provide service, etc..." used as an excuse to allow the very same person (Oiler Tim McCollum) that threatened to put a bullet through CE Joe Francis's head if he brought his black younger brother (Tyrone Francis) into the engine room for a high school career day project, as a viable excuse to place if needed (Oiler Tim McCollum) on CE Joe Francis's watch.

4. C. 18.  When CE Joe Francis requested that Relief Oiler Mike Tietz not ever be allowed to work on CE Joe Francis's boat the Chetzemoka or watch. PE Matt Von Ruden E4-5 "We cannot make work assignments based on another employee's personal preference. Etc..." PE Matt Von Ruden was incredibly aware of the activities aboard the Tillikum while Oiler Mike Tietz and CE Joe Francis and Oiler Tim McCollum and Intern/Observer Taquawn Francis-Key were all four aboard and how Oiler Mike Tietz harassed and intimidated people with his swastika medallion

Joe Francis ~~[signature]~~ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

and nazi bs.  Note that black Intern/Observer Taquawn Francis-Key is a family member of CE Joe Francis's.

4. C. 19.  In the spring of 2022 after CE Joe Francis mailed through USPS copies of emails and documents to Jeff Pelton of WSDOT HR in regard to how WSF HR Mireya Mendoza has been dishonest, concealed information, and manipulating CE Joe Francis's complaints, questions and investigations and public records requests in a negative fashion.   Then HR Mireya Mendoza is no longer found on any of CE Joe Francis's email communications as far as CE Joe Francis can tell.  WSF HR Mireya Mendoza may have been transferred to a different department other than WSF Engine Department at this time in the spring of 2022.

4. C. 20.  The information that CE Joe Francis mailed to WSDOT HR Jeff Pelton contained a number of documents and a cover letter in regard to HR Mireya Mendoza and a number of documents and a cover letter in regard to PE Matt Von Ruden E11-15, E11-16.  When a few months later CE Joe Francis asked HR Jeff Pelton to have all of the documents for HR Mireya Mendoza and PE Matt Von Ruden forwarded to WSF COS Nicole McIntosh, WSF John Vezina and WSF HR Kim Monroe.  The only items that were forwarded was in regard to PE Matt Von Ruden. Nothing about HR Mireya Mendoza was forwarded by HR Jeff Pelton to WSF COS Nicole McIntosh, WSF John Vezina, WSF HR Kim Monroe.  It seems that WSDOT head of HR Jeff Pelton is reluctant to share the information that I mailed him about HR Mireya Mendoza with others in WSF management E11-1-47.  HR Jeff Pelton did forward me some documents that showed Colleen Scanlon of HR in 2019 forwarded my lengthy 2019 complaint to both WSDOT HR Jeff Pelton and WSDOT HR Kim Monroe and asked for their advice back in 2019 E11-48.

4. C. 21.  CE Joe Francis made several reports and complaints and request to WSF CSO George Hattell, WSF CSO Dale Lathan of WSF Fleet Security.

4. C. 22.  CE Joe Francis made many reports, complaints and request to investigate over and over to PE Wesley Sweet, Director of Vessel Engineering and Maintenance Matt Von Ruden, HR Kim Monroe, HR Mireya Mendoza.

4. C. 23.  CE Joe Francis made reports to WSDOT Roger Millar and Governor Inslee.

4. C. 24.  CE Joe Francis made reports to OEO Earl Key and OEO Larry Watkinson.

4. C. 25.  CE Joe Francis made reports to the USCG.

4. C. 26.  CE Joe Francis made reports to the WSP, Paul Joyce.  Note that when WSP Paul Joyce communicated with WSF HR in October of 2019 about any documents being available for a WSP investigation, that WSF HR explained they had no records or documents, E3-12.  This is not true, HR Mireya Mendoza had several March 2015 Tillikum emails E6-18 thru E6-23 from the incidents fact finding, most of them email statements from CE Joe Francis and Intern/Observer Taquawn Francis-Key that CE Joe Francis forwarded to HR Mireya Mendoza in the summer of 2019, these are the emails that CE Joe Francis requested be placed in Oiler Tim McCollum WSF

Joe Francis  *[signature]* 9-11-2023   5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

HR file, Oiler Mike Tietz WSF HR file, CE Joe Francis WSF HR file, also a WSF HR file for Intern/Observer Taquawn Francis-Key, and also a file for High School Career Day Student Tyrone Francis. Many of the WSF Port Engineers as well as HR Mireya Mendoza had information that CE Joe Francis had emailed to them in lengthy email communications in 2019. It was only a few weeks after WSP Paul Joyce requested documents from WSF HR that CE Joe Francis turned in a lengthy complaint with dozens of documents to WSF HR Colleen Scanlon on November 26,2019. She could of chose to turn those documents in to WSP Paul Joyce a few weeks after he requested documents from WSF HR, but as far as CE Joe Francis can tell, WSF HR chose not to. WSP Paul Joyce when finished with his investigation report turned it over to the King County Deputy Prosecutor in the fall of 2019. At this time CE Joe Francis had yet to receive Oiler Tim McCollum's confession through a public records request. That particular document and others would have been helpful in the scope of the WSP investigation. I would have to assume that HR Mireya Mendoza must of known about these documents, others in the Port Engineers office may of known of them as well. CE Joe Francis never received any final outcome or explanations from the King County Deputy Prosecutor.

4. C. 27. Note that the reason behind having a series of emails placed in the HR files for Mike Tietz, Tim McCollum, Joe Francis, Taquawn Francis-Key and Tyrone Francis. Is so that if Taquawn Francis-Key or Tyrone Francis was to ever come to work at Washington State Ferries, that the information would be available for other HR persons, WSF supervisors and WSF management to see and take note of. Basically making certain that Taquawn Francis-Key or Tyrone Francis would never have to work with Mike Tietz or Tim McCollum if they chose to take a job at WSF.

4. C. 28. Note that the WSP Paul Joyce investigation was only about the March 2015 incident aboard the Tillikum. CE Joe Francis never received a finished report or findings of the WSP Paul Joyce investigation.

4. C. 29. CE Joe Francis made reports to WSDOT WSF Amy Scarton.

4. C. 30. CE Joe Francis made reports to the U.S. Department of Justice.

4. C. 31. CE Joe Francis made a report to PE Eric Visser before he left WSF, Eric Visser left WSF in May of 2023. PE Eric Visser left WSF after only 12 months at WSF. E4-14, E4-15.

4. C. 32. On Wednesday March 1, 2023 Patty Rubstello the Assistant Secretary of Washington State Ferries sent an email to Jeff Pelton. In the email she wrote a 9 word sentence with an exclamation mark, "Here is what Eric shared back to Joe yesterday!". Patty Rubstello forwarded and email that Eric Visser had sent to Joe Francis in which he explained his immediate steps and next steps to remedy Joe Francis from ever having to work or train with Oiler Mike Tietz or Oiler Tim McCollum. Eric Visser left the Washington State Ferries about 2 months after sending Joe Francis the email. E14-1 thru E14-2.

Joe Francis ~~[signature]~~ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

4. C. 33.  CE Joe Francis made reports and request for investigations over and over that PE Wesley Sweet was aware of, E5-9 thru E5-15.  PE Wesley Sweet has been at WSF in the Port Engineers office since before the March 1, 2015 Tillikum incident.  PE Wesley Sweet originally said that he was vaguely familiar with the March 1, 2015 Tillikum incident, E5-11.  In 2022 PE Wesley Sweet shared with WSF management and HR that he recalled "the Supervisor was Bob Pace and it was at HR Rep direction that the intern statement was inadmissible because he was not an employee" E5-7.  SPE Bill Schweyen commented in August of 2019 "I have asked everyone in the PE Office about this and the only person that was here at the time was Wes, and he wasn't involved in it" E2-29.  Wesley Sweet also commented in March of 2022 "No follow up to my knowledge has been made to PE office over the years.  We just seem to see or hear each year from Mr. Francis that the issue is still not resolved and he writes more info about it" E5-1.  It appears to CE Joe Francis that both HR Mireya Mendoza and PE Wesley Sweet over a lengthy period of time at WSF concealed the information that WSF did not take a statement from Intern/Observer Taquawn Francis-Key because he was not a paid employee in caution to protect WSF from Title VI and Title VII and a variety of other State and Federal Civil Rights Laws that could then become liabilities for WSF.  Also, over a lengthy period of time at WSF both PE Wesley Sweet and HR Mireya Mendoza concealed the fact that they knew much more about the March 1, 2015 Tillikum incident than they led everyone at WSDOT WSF to believe, E6-1 thru E6-26.

4. C. 34.  PE Wesley Sweet was involved to some unknown extent in regards to the Oiler Dave Jamison Jr. fact finding in March of 2015 but says he was not involved in the Tillikum March 2015 fact finding investigation, E7-1.

4. C. 35.  PE Wesley Sweet in August and fall of 2022 was CE Joe Francis's Supervisory contact for a WSDOT cardeck camera recording footage request involving a live round unfired bullet found on the cardeck of the Chetzemoka while the ferry was working the Port Townsend run and CE Joe Francis was on watch.  PE Wesley Sweet never replied to the email request for camera footage that CE Joe Francis made.  PE Bill Schweyen and FFSO Fleet Facility Security Officer David Jokinen then got involved, by this time the 45-day camera footage loop had cycled over the requested camera footage by CE Joe Francis.  Once again there appears to be a practice noticed by CE Joe Francis to conceal information that could get back to CE Joe Francis and become a liablity to WSF, E8-1 thru E8-13.  Just mention the word bullet or the name Taquawn and Tyrone and all of WSF HR and Port Engineers and Management will go quiet.  The Director of Vessel Engineering and Maintenance Eric Visser whom was hired in the Spring of 2022 and left WSF on May 1 of 2023 was the only person at WSF that did something meaningful shortly before he left, E4-14, E4-15.

4. C. 36.  WSF PE Wesley Sweet has also left the WSF Port Engineers Office and took an Assistant Engineer position in the Engine Room aboard a WSF Ferry in May of 2023.

Joe Francis ~~Joe Francis~~ 9-1-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

4. C. 37. Note that in November 26 of 2019 CE Joe Francis filed a Human Resources Personnel Complaint Form with the head HR person at WSF named Colleen Scanlon, E11-48 thru E11-103. This Human Resources Personnel Complaint Form was just newly released at this particular time. HR Colleen Scanlon on November 26, 2019 then forwarded the contents of this complaint to WSDOT HR Jeff Pelton and WSDOT HR Kim Monroe. Many times after November 2019 HR Colleen Scanlon, HR Jeff Pelton and HR Kim Monroe would communicate that they cannot locate any documents or information in regards to the Tillikum March 2015 incident. This is false, they had plenty of information, they either chose not to look at it or ignored it or looked at it then ignored what portions needed to be ignored for the betterment of WSF, E11-49. E11-1 thru E11-47. E5-5.

4. C. 38. Note that on March 18, 2022 WSF HR Kim Monroe sent an email to Christian Afful and Debra Quin in regard to Joe Francis investigation info. In this email E14-4 HR Kim Monroe blatantly lies in this email by explaining, "I am trying to find information related to an investigation into a complaint initiated by Joe Francis a few years ago. It was before my time with Ferries, but it sounds like Joe's concern has been looking into multiple times. I have no reports in the WSF files and I cannot find anything in our statewide database on it. Sounds like OEO/Larry Watkinson may have done something on this case? He provided me with a case number CONFIDENTIAL Referral #2705272 0 Joe Francis." On November 26, 2019 HR Colleen Scanlon forwarded a completed complaint form and 51 pages of supporting documents to Kim Monroe of WSDOT HR and Jeff Pelton of WSDOT HR. There seems to be a pattern by WSDOT HR to never acknowledge receiving documents that may have a liability attached to them, it makes it much easier to deny that they existed in the future.

4. C. 39. Another example of ignoring a complaint and its contents can be found on E6-17. On E6-17 HR Colleen Scanlon and HR Jeff Pelton communicate that they have no information and cannot find any information, they ask HR Mireya Mendoza for information and she provides very little. HR Mireya Mendoza failed to share with HR Jeff Pelton or Colleen Scanlon that she received forwarded emails from CE Joe Francis, E6-18 thru E6-23. Note that on November 26, 2019 that HR Colleen Scanlon received a large complaint file from CE Joe Francis, she then forwarded the file to HR Jeff Pelton and HR Kim Monroe asking for advice E11-48. It appears that all three of them ignored the complaint and acted as if it never was received. The ignoring or concealing of the complaint made by CE Joe Francis has no other purpose other than to protect and benefit WSDOT WSF and harm Joe Francis, Taquawn Francis-Key and Tyrone Francis.

4. C. 40. Another example of why WSF HR Mireya Mendoza cannot be trusted by Joe Francis. The email from Mireya Mendoza to HR Kim Monroe and Sarah Lynn Smith dated July 19, 2022 E14-6 E14-7 reads, "I blind copied you both in a response email to Joe Francis requesting Nicole Jurek's replacement. Mr. Francis is the employee who has continuously reached out to various folks regarding something transpiring in 2015. I don't know if his request is for the same issue or something new. I just wanted to give you both the heads up in case he tries to reach out to

Joe Francis ~~[signature]~~ 9-1-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

Debra and she go searching for info that we have already addressed in the past. This would include Jeff Pelton as well as State HR getting involved at one point." Nicole Jurek was a special investigator that left WSF and was replaced by a Debra Quinn. Debra Quinn sometime thereafter left WSF.

4. C. 41. CE Joe Francis made a report to Fleet Facility Security Officer David Jokinen in the fall of 2022 in regards to the live round bullet being found on the Chetzemoka car deck in August of 2022. David Jokinen then forwarded the report by CE Joe Francis to PE Bill Schweyen. PE Bill Schweyen tried to obtain the camera footage that CE Joe Francis requested but was unable to due to time restraints of the camera footage loop, E8-1 thru E8-13.

4. C. 42. CE Joe Francis considers HR Mireya Mendoza to be the leader of fraudulent concealment when it comes to the number of times CE Joe Francis tried to report his concerns of racial discrimination, threats of violence, and other concerns, and documents that get denied they ever existed. 2nd would be HR Kim Monroe. 3rd would be HR Jeff Pelton. 4th would be HR Colleen Scanlon. 5th would be Port Engineer Wesley Sweet. 6th would be Port Engineer Matt Von Ruden. 7th CSO Dale Lathan. 8th CSO George Hattell. Of course, the retired PE Bob Pace and CSO Elizabeth Kosa and HR Linda Manning also Oiler Tim McCollum and Oiler Mike Tietz.

4. C. 43. Note that PE Bill Schweyen and Director of Vessel Engineering and Maintenance Eric Visser appear to be the few persons at WSDOT WSF that sincerely listened and reacted to CE Joe Francis's emails and request for help and concern.

4. C. 44. E13-1 thru E13-84. The reports CE Joe Francis gave to OEO Earl Key and OEO Larry Watkinson originally went well and the meetings seemed productive. But later it seemed they were all talk and not much else. From CE Joe Francis's original meeting with them aboard the Chetzemoka in early 2020, CE Joe Francis sensed that OEO Earl Key and OEO Larry Watkinson knew that HR Mireya Mendoza was concealing information and knew much more than she was sharing between March 2015 and present day 2020. OEO Larry Watkinson asked CE Joe Francis what he thought about HR Mireya Mendoza. CE Joe Francis explained that he thought she was doing fine and had no complaints. At this time in early 2020 CE Joe Francis did not have the documents found in his public records request that would eventually change his mind about HR Mireya Mendoza and her sincerity, honesty, and trustworthiness.

4. C. 45. There was always delays and excuses in trying to get another meeting with OEO Larry Watkinson and OEO Earl Key. They were in contact with CE Joe Francis by email most of the time and occasionally by lengthy phone call with OEO Larry Watkinson, OEO Larry Watkinson is blind, occasionally OEO Larry Watkinson would request that CE Joe Francis give him a phone call. WSDOT Roger Millar requested that OEO Earl Key and OEO Larry Watkinson meet with CE Joe Francis after CE Joe Francis sent a very large 4 part email E12-1 thru E12-275 to WSDOT Roger Millar with CE Joe Francis's, Intern/Observer Taquwan Francis-Key and High School Career Day Student Tyrone Francis's racial discrimination and threats of violence story and supporting

Joe Francis ~~Joe Francis~~ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

documents. Prior to that a smaller email was sent to WSDOT Roger Millar and the Governor Inslee. Then quite a span of time went by without a meeting due to covid excuses. Then CE Joe Francis wrote an email to the WSF Engine Room fleet that caught OEO Earl Key and OEO Larry Watkinson's attention, they wanted to meet again soon with CE Joe Francis. They all ended up meeting but not before many months of delays, they met at a WSDOT office in Lakewood WA the first week of August 2020. Also in attendance was Chief Of Staff Nicole McIntosh. No notetaker or minutes recorder, just the four persons in a big office E13-53. In attendance was CE Joe Francis, OEO Earl Key, OEO Larry Watkinson and CSO Nicole McIntosh. During this meeting CE Joe Francis found out that OEO Earl Key probably never read much of CE Joe Francis's emails because OEO Earl Key had very little understanding of the actual facts. OEO Earl Key didn't even know that both Intern/Observer Taquawn Francis-Key and High School Career Day Student Tyrone Francis had been interns under CE Joe Francis's watch and did in fact earn their USCG Oiler documents but chose to not work at WSF because of how the March 2015 Tillikum incident was handled and not handled and how other incidents have been handled and not handled by WSF since 2015. OEO Earl Key didn't realize that one of CE Joe Francis's main complaints was how in the world does WSF expect black Intern/Observer Taquawn Francis-Key and black High School Career Day Student Tyrone Francis to ever work at WSF when WSF still has Oiler Mike Tietz and Oiler Tim McCollum working at WSF, and WSF has zero willingness to place in the record what really happened in March of 2015. WSF appears to have a need and willingness to continue the fraudulent concealment and denial that anything even close to what CE Joe Francis described ever occurred or continues to occur even with a confession by Tim McCollum. OEO Earl Key and OEO Larry Watkinson had all of the documents that CE Joe Francis sent to WSDOT Roger Millar, they should of both been very aware of the stories, facts and timeframes but appeared to not be that concerned about details or did not want to know the details. They both also had the email from PE Bob Pace explaining that Tim McCollum admitted to threatening CE Joe Francis with a bullet through the head if CE Joe Francis was to bring his younger black brother Tyrone Francis into the engine room for his high school career day.

4. C. 46. Its noteworthy to share that a common practice at WSF and WSDOT seems to occur. When sending emails, attachments, questions and concerns to WSF HR, WSF PE, and even WSDOT OEO. CE Joe Francis has found through his own experience that the persons you send emails and attachments to are not required to open them and read them, in fact management at WSF may recommend that they do not open and read them if there is even the slightest liability to be found within the email or attachment.

4. C. 47. Also, during this August 2020 meeting CE Joe Francis explains that it was agreed that OEO Earl Key and OEO Larry Watkinson would try to make some sort of meaningful amends in the form of finding Taquawn Francis-Key and Tyrone Francis jobs somewhere in WSDOT if they did not want to pursue or feel comfortable with a WSF career anymore. E14-32 is an email from Altavia Jones of OFM, in it he explains to Christian Afful what CE Joe Francis explained that Tyrone Francis is interested in bridge inspections and Taquawn Francis-Key is interested in

Joe Francis ~~[signature]~~ 9/1/2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

construction. OEO Larry Watkinson and OEO Earl Key assured CE Joe Francis that they would try and find Taquawn Francis-Key and Tyrone Francis something meaningful within WSDOT as a replacement to engine room jobs at WSF and would both be actively involved in this goal. OEO Earl Key asked that CE Joe Francis have Taquawn Francis-Key and Tyrone Francis send their contact information before the weekend and resumes to himself and OEO Larry Watkinson right away.

4. C. 48. Larry and Earl also convinced CE Joe Francis to join the DAG diversity advisory group for WSF and try it for at least a year. CE Joe Francis agreed and participated for over a year.

4. C. 49. Just to make it clear, OEO Earl Key is black and OEO Larry Watkinson is white and is also blind.

4. C. 50. Larry and Earl seemed to always come up with excuses after the August 2020 meeting in Lakewood, from here on out they seemed to change their original intentions of actually doing something meaningful sincere and of value for Taquawn Francis-Key and Tyrone Francis. Soon the excuses began to flow, "covid is stopping us from bringing Taquawn and Tyrone to different shops and jobsites and exposing them to different opportunities". Then the final excuse was that "their resumes just don't cut it and we can only do what is legal and ethical for Taquawn Francis-Key and Tyrone Francis" E13-43. Both of CE Joe Francis's little brothers Taquawn Francis-Key and Tyrone Francis actually had some hopes after CE Joe Francis's last meeting with OEO Larry Watkinson, OEO Earl Key and COS Nicole McIntosh. E13-1 thru E13-84 is for the most part in regards to interactions with OEO Larry Watkinson and OEO Earl Key. Note that OEO Larry Watkinson is no longer with OEO but rather with the Department of Licensing.

4. C. 51. In March of 2022 a Human Resources Consultant Megan Trieschmann communicated her findings of a phone call conversation with Oiler Tim McCollum. HR Megan Trieschmann explains to HR Sarah Lynn Smith E14-51 "Here are the screenshots and a word doc that I used for taking notes while I was on the phone with Tim.". Then the word doc reads "Joe Francis posting things on the private WSF Facebook about an incident that happen at work several years ago about Tim McCollum and Mike Tietz. Joe Francis filed a complaint with the state patrol also several years ago about an alleged murder per Tim McCollum. Tim did state he can't be 100% about the alleged murder accusation as it was several years ago but a state patrol followed him to Albertson's and spoke to him about the incident."

4. C. 52. "Mr. McCollum: Alright, several years ago, I had made a joke quoting from the movie, Tombstone and they decided to take it literally and Joe called HR saying he was in fear for his life. Now I feel like this is a hostile work environment for me because I had thought we settled this and I was discipline for it but apparently, Joe still wants to talk about it and share the story with everyone else. I don't know who has seen these posts from Joe and what they think. None of it is true, it was just humor. I wanted to apologize to Joe, but I was told to just let it be after the FF several years ago."

Joe Francis _[signature]_ 9-11-2023 5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

4. C. 53.  Once again here is an example of WSDOT HR persons finding more information in regard to Oiler Tim McCollum admitting his guilt of what happened in March, 2015 aboard the Tillikum and his account of a conversation with WSP Paul Joyce in October of 2019.  None of this information was passed down to Plaintiff's Joe Francis, Taquawn Francis-Key or Tyrone Francis.

4. C. 54  Later in the year of 2015 and early on in 2016 both Plaintiff's Taquawn Francis-Key and Tyrone Francis completed Intern/Observer programs with their older brother Plaintiff Joe Francis.  Both Taquawn and Tyrone received their USCG Oiler documents and had aspirations of working at WSF in the engine room as Oilers but where extremely bothered and had great anxiety about racial problems and how WSF handled their older brother C/E Joe Francis being threatened with a bullet through the head.

4. C. 55  Both Taquawn and Tyrone did not pursue work at WSF due to the way WSF handled Timothy McCollum threatening their brother Joe Francis with a bullet through the head.  At some point Taquawn and Tyrone would have been expected to work in an engine room watch with WSF Timothy McCollum and or WSF Mike Tietz.  Or have to work under the direction of WSF PE Robert Pace.

4. C. 56  In late 2017 Joe Francis had told his brothers Taquawn and Tyrone that he would do whatever it took to fix the situation at WSF and try to get some form of justice, all of the facts out in the open so that Taquawn and Tyrone would feel safe working in the engine room at WSF if they decided to take jobs there.  Also, Taquawn and Tyrone would never have to work with WSF Mike Tietz or WSF Tim McCollum or under WSF Port Engineer Robert Pace.

4. C. 57  From March of 2015 through March of 2022 Plaintiff Joe Francis sent hundreds of emails and documents to a variety of WSF HR, WSF Port Engineers, WSF safety and security, WSF upper management, The Secretary of WSDOT Roger Millar, The Governor of WA Jay Inslee, The USCG, The WSP, The Dept of Justice, additional fact-finding meetings with WSF HR, several meetings with WSDOT OEO one included WSF Chief of Staff Nicole McIntosh, with very little success or any amount of satisfaction that might convince Taquawn or Tyrone to give WSF another chance as a career.

Joe Francis _(signature)_ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

The Plaintiff Joe Francis is seeking $325,000.00 three hundred and twenty-five thousand dollars in lost wages and benefits.  $65,000.00 a year over a 5 year timeframe.  This was caused by not being able to take the higher paying position of Relief Chief Engineer that would require Joe Francis to work with WSF Timothy McCollum and or WSF Mike Tietz.  The Plaintiff Joe Francis is also seeking $1,000,000.00 one million dollars in punitive damages for emotional stress, humiliation, damage to his reputation and damage to future career growth.  Total Relief for Plaintiff Joe Francis is $1,325,000.00 one million three hundred and twenty-five thousand dollars.

The Plaintiff Taquawn Francis-Key is seeking $390,000.00 three hundred and ninety thousand dollars in lost wages, benefits and career growth.  $65,000.00 a year over a 6 year timeframe. This was caused by not being able to take an Oiler job at WSF that would require Taquawn Francis-Key to work with WSF Timothy McCollum and or WSF Mike Tietz.  The Plaintiff Taquawn Francis-Key is also seeking $1,000,000.00 one million dollars in punitive damages for emotional stress and humiliation.  Total Relief for the Plaintiff Taquawn Francis-Key is 1,390,000.00 one million three hundred and ninety thousand dollars.

The Plaintiff Tyrone Francis is seeking $390,000.00 three hundred and ninety thousand dollars in lost wages, benefits and career growth.  $65,000.00 a year over a 6 year timeframe.  This was caused by not being able to take an Oiler job at WSF that would require Tyrone Francis to work with WSF Timothy McCollum and or WSF Mike Tietz.  The Plaintiff Tyrone Francis is also seeking $1,000,000.00 one million dollars in punitive damages for emotional stress and humiliation.  Total Relief for the Plaintiff Tyrone Francis is 1,390,000.00 one million three hundred and ninety thousand dollars.

Total relief for the three Plaintiff's is $4,105,000.00 four million one hundred and five thousand dollars.

Joe Francis _[signature]_ 9-11-2023  5316 N Shirley St. Ruston, WA 98407 253-732-6532 joettown@gmail.com